**Order entered August 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00909-CR

## EX PARTE QUINCY BLAKELY

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. WX18-90017-M

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his pretrial application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

The Court notes that this appeal arises from the same case and writ application as a prior appeal in this Court filed as cause no. 05-18-00554-CR. To avoid the time and expense of having the trial court clerk duplicate documents already filed, we **DIRECT** the Clerk of the Fifth District Court of Appeals to duplicate the electronic clerk's record filed with the Clerk on June 6, 2018 in cause no. 05-18-00544-CR styled *Ex parte Quincy Blakeley* and file the clerk's record into the current appeal.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **August 31, 2018**. We **ORDER** that the clerk's record contain copies of all documents related to appellant's application for writ of habeas corpus not previously filed in cause no. 05-18-00544-CR, including the indictment, any response from the State to appellant's habeas application, the trial court's order adjudicating the writ application, and the trial court's certification of appellant's right to appeal.

We **ORDER** the court reporter to file, by **August 31, 2018**, either the reporter's record or written verification that no hearing was conducted.

After the record has been filed, the Court will determine whether it desires briefs and will notify the parties of any briefing deadlines, the submission date, and the panel.

We **DIRECT** the Fifth District Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Quincy Blakely, pro se appellant; and counsel for the State.

/s/     CRAIG STODDART
JUSTICE